UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALBERTO LOPEZ RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>SAM OLSON, KRISTI NOEM, PAMELA BONDI, and WARDEN,<br><br>Respondents. | CAUSE NO. 3:26-CV-59-CCB-SJF |

### ORDER

The court previously granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered Respondents to release Alberto Lopez Ramirez. (ECF 10.) Respondents have notified the court that he has been released. (ECF 12.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on February 18, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT